**Order entered November 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00502-CR

**KELLY LAURA SIXTOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59374-r**

## ORDER

The Court **ORDERS** court reporter Mary Snider to file, within **FIFTEEN DAYS** of the

date of this order, a supplemental record containing State's Exhibit no. 1, a video.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Mary

Snider, official court reporter of the 265th Judicial District Court, and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE